World Amusement Service Association, Inc., for use of J. J. Heffern, appellant, v. A Century of Progress, appellee.  Gen. No. 37,378.

Opinion filed June 11, 1934.

Balford Quintin Shields, for appellant.  Miller, Gorham, Wales & Adams, for appellee; Herbert C. DeYoung, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

World Amusement Service Association, Inc., for use of Henry C. Larson, appellant, v. A Century of Progress, appellee.  Gen. No. 37,379.

Opinion filed June 11, 1934.

Balford Quintin Shields, for appellant.  Miller, Gorham, Wales & Adams, for appellee; Herbert C. DeYoung, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

World Amusement Service Association, Inc., for use of Carrie Ellingson, as widow of A. S. Ellingson, deceased, appellant, v. A Century of Progress, appellee.  Gen. No. 37,380.

Opinion filed June 11, 1934.

Balford Quintin Shields, for appellant.  Miller, Gorham, Wales & Adams, for appellee; Herbert C. DeYoung, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

World Amusement Service Association, Inc., for use of Alfred H. Bakke, appellant, v. A Century of Progress, appellee.  Gen. No. 37,381.

Opinion filed June 11, 1934.

Balford Quintin Shields, for appellant.  Miller, Gorham, Wales & Adams, for appellee; Herbert C. DeYoung, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.